845 A.2d 1250

IN THE MATTER OF RUSSELL G. CHEEK, AN ATTORNEY AT LAW (ATTORNEY NO. 033911980).

April 22, 2004.

ORDER

This matter having been duly presented to the Court, it is ORDERED that **RUSSELL G. CHEEK** of **TOMS RIVER**, who was admitted to the bar of this State in 1980, and who was suspended from the practice of law for a period of three months effective December 29, 2003, by Order of this Court dated November 24, 2003, be restored to the practice of law, effective immediately.